UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
MITCHELL STEIN and JULIE STEIN,

       Plaintiffs,

-against-

MELVIN BENTOR, PARK SLOPE LEASING
CORPORATION, and JIANG JIAN RONG

       Defendants.
------------------------------------------------------------------ X

03 CV 5488 (ARR)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

ORDER

ROSS, United States District Judge:

On May 12, 2005, defendants Bentor, Park Slope Leasing, and Rong filed motions for summary judgment. Plaintiffs responded on June 6, 2005. Defendants' memorandum of law in support of their motions for summary judgment and plaintiffs' response do not make reference to plaintiff's "gap in treatment" or the related case law, recently clarified by the Court of Appeals in Pommells v. Perez, 4 N.Y.3d 566 (2005). Defendants Bentor and Park Slope Leasing's reply memorandum of law dated July 22, 2005, primarily relies on Pommells and plaintiff's gap in treatment to support their motion for summary judgment. The Court orders that plaintiffs respond to defendants' reply, if they so choose, and supplement the record, if necessary, by September 12, 2005.

SO ORDERED.

                Allyne R. Ross
                United States District Judge

Dated: August 29, 2005
Brooklyn, New York

SERVICE LIST:

Attorneys for Plaintiffs
Scott Marshall Pollack
Law Office of Scott Pollack
801 Old York Road
Suite 313 Noble Plaza
Jenkintown, PA 19046

Robert Jarred Bellinson
Law Office of Robert Bellinson, Esq.
150 East 58th - Suite 2310
New York, NY 10155-0121

Attorney for Defendants Melvin Bentor and Park Slope Leasing Corporation
Eileen Budd
Molod Spitz & Desantis
104 West 40th street
New York, NY 10018

Attorney for Defendant Jiang Jian Rong
Robert J. Valenti
Cheven, Keely & Hatzis,
40 Wall Street
New York, NY 10005