UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MITCHELL STEIN, et al.,

        Plaintiffs,

- against -

MELVIN BENTOR, et al.,

        Defendants.

------------------------------------------------------------X

**ORDER OF DISCONTINUANCE**

Civil No. 03 5488(ARR)

It having been reported to the Court that the above-captioned action has been settled,

IT IS HEREBY ORDERED that the action is discontinued.

SO ORDERED:

DATED:    Brooklyn, New York
                January 25, 2006

                                              Allyne R. Ross
                                              United States District Judge

1

## MAILING LIST

Mitchell Stein
2 Azalea Circle
Newton, PA 18940


Robert Bellinson, Esq.
462 Seventh Avenue, 12th Floor
New York, NY 10018


Law Office of Scott Pollack
801 Old York Road
Suite 313 Noble Plaza
Jenkintown, PA 19046


Michael Bartley, Esq.
Cheven Keely & Hatzis, Esqs.
40 Wall Street, 15th Floor
New York, NY 10005


Eileen Budd, Esq.
Molod Spitz & Desantis
104 West 40th Street
New York, NY 10018